UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD LEVENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | NDIL Case No. |
| | ) | 1:21-cv-00146 |
| v. | ) | |
| | ) | (Formerly Cook County, |
| MARY HANDELAND, et al., | ) | Illinois, Circuit Court |
| | ) | Case No. 20L062057) |
| Defendants. | ) | |

**AFFIDAVIT OF WILLIAM E. KEELER, III**

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) ss. |
| COUNTY OF MILWAUKEE | ) |

William E. Keeler, III, being first duly sworn upon oath, states and alleges:

1. I am a licensed attorney authorized to practice before this Court.

2. I am one of the attorneys that represents the Ozaukee Defendants and am authorized to make this affidavit in support of Defendants Cari Anne Mihalko, Mary Lou Mueller, and Barry Boline's Motion to Refer to the Executive Committee for Screening or, Alternatively, Dismiss.

3. On January 21, 2021, our office contacted the Cook County, Illinois' Clerk of Court's Office and confirmed several things regarding the Plaintiff's filing and use of summonses in relation to his case.

4. First, summonses were never issued by the Circuit Court because, if they were, the Court's docketing website would indicate their issuance.

5. Attached hereto as Exhibit A is a true and correct copy of the Cook County Clerk

of Court's website captured on January 21, 2021 that shows no summonses were issued in the Circuit Court Case No. 20L062057 prior to Plaintiff's purported attempts at service and removal to the District Court or at any point to the date of this filing.

6. Second, according to the Clerk's Office, the boxes checked "certified mail" on the summonses for Circuit Court Case No. 20L062057 should not have been used because a Plaintiff cannot serve a complaint by certified mail.

FURTHER AFFIANT SAYETH NOT.

Dated this 22nd day of January, 2021.

        **CRIVELLO CARLSON, S.C.**

        */s/ William E. Keeler*
        WILLIAM E. KEELER, III
        Wis. Bar No.: 1059791
        ARDC #06294378
        710 N. Plankinton Avenue, Suite 500
        Milwaukee, WI 53203
        (414) 271-7722
        wkeeler@crivellocarlson.com
        Attorneys for Defendants Cari Anne Mihalko, Mary Lou Mueller, and Barry Boline

Subscribed and sworn to before me
this 22nd day of January, 2021

_____
Sarina Gordon, Notary Public
Expiration Date: May 30, 2022

2