

| Case Information Summary for Case Number 2020-L-062057 |
|---|

Filing Date: 12/15/2020

Division: Law Division

Ad Damnum: $9999999.00

Case Type: INTENTIONAL TORT

District: Skokie

Calendar: G

## Party Information

**Plaintiff(s)**
LEVENTHAL HOWARD

**Attorney(s)**
PRO SE

**Defendant(s)**    **Defendant Date of Service**    **Attorney(s)**

BOLINE BARRY

BROGHAMMER KATHY

MAUCK BAKER
1 N LASALLE#600
CHICAGO IL, 60602
(312) 726-1243

BUTLER SALLY
CAIN STEVEN
EASTMAN DAN

EERNISSE NOAH

FRANCO MORONEY BUENIK LLC
500 W MADISON#2440
CHICAGO IL, 60661
(312) 469-1000

ESPINOSA MICHELLE
GEROL ADAM
GOLDSMITH PETER
GRISSOM EMMETT
HANDELAND MARY
HOLMES MARCUS
HORNING JOE
JACOBS RONALD
KELLER ROBIN
KLOTZ CHRISTINE
MALLOY PAUL
MARX LORRAINE



EXHIBIT A

MIHALKO CARI
MUELLER MARY
OLMR ROBERT
PAES WINSTON
REPUBLICAN PARTY OF OZAUK
SISLEY JEFFREY
STERNHAGEN RICK
STORCK JOHN
VINSON ANDREA
VINSON THOMAS
ZALDIVAR MIGUEL
ZISSOU STEVE

## Case Activity

Activity Date: 12/15/2020     Participant: LEVENTHAL HOWARD

INTENTIONAL TORT COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50
Ad Damnum Amount: 9999999.00

Attorney: PRO SE

Activity Date: 12/21/2020     Participant: LEVENTHAL HOWARD

LETTER FILED

Attorney: PRO SE

Activity Date: 01/11/2021     Participant: BROGHAMMER KATHY

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 463.50

Attorney: MAUCK BAKER

Activity Date: 01/11/2021     Participant: OF AMERICA UNITED STATES

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: UNITED ST ATTY CRIM

Activity Date: 01/14/2021     Participant: EERNISSE NOAH

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 463.50

Attorney: FRANCO MORONEY BUENIK LLC

Activity Date: 01/14/2021     Participant: EERNISSE NOAH

NOTICE FILED

Attorney: FRANCO MORONEY

BUENIK LLC

Activity Date: 01/15/2021      Participant: ZALDIVAR MIGUEL

EXHIBITS FILED

Attorney: NOVACK MACEY LLP

Activity Date: 01/15/2021      Participant: BOLINE BARRY

NOTICE FILED

Attorney: CRIVELLO CARLSON MENTKOWS

Activity Date: 01/15/2021      Participant: ZALDIVAR MIGUEL

NOTICE OF REMOVAL TO FEDERAL COURT - FILED -

Attorney: NOVACK MACEY LLP

[Back to Top]

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.